UNITED STATES BANKRUPTCY COURT  
Southern District of Indiana  
46 E. Ohio St., Rm. 116  
Indianapolis, IN 46204

SF01007N (rev 06/2017)

In re:

**David Kirk Paxton**,  
    Debtor.

Case No. **19–03465–JMC–13**

## DEFICIENCY NOTICE FOR BANKRUPTCY PETITION

**NOTICE IS GIVEN** that your Bankruptcy Petition is incomplete. Required items which have not been filed as of this date are noted below:

- Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period (Form 122C–1) due May 28, 2019
- Debtor's Pay Advices or Statement in Lieu due May 28, 2019
- Chapter 13 Plan due May 28, 2019
- Statement of Financial Affairs with Declaration due May 28, 2019
- Declaration to Schedules due May 28, 2019
- Summary of Assets and Liabilities due May 28, 2019
- Schedules A/B–J with Declaration due May 28, 2019
- Verification of Creditor List due May 28, 2019

Documents filed with the Court must be the most recent official forms which can be found at www.uscourts.gov/forms/bankruptcy–forms.

**NOTICE IS FURTHER GIVEN** that unless these items are filed by the due date listed above, or an extension of time to file is properly applied for and granted, the above–captioned case may be dismissed immediately without further notice at the expiration of the due date or extended time period.

Dated:  May 14, 2019

Kevin P. Dempsey  
Clerk, U.S. Bankruptcy Court